# Law Offices of Todd M. Friedman, P.C.

**ATTORNEYS FOR CONSUMERS**
**21550 Oxnard St., Ste. 780**
**Woodland Hills, CA 91367**
**877-619-8966 Toll Free**
**866-633-0228 Facsimile**
**California Office**
**WWW.TODDFLAW.COM**

E-mail: tfriedman@TODDFLAW.COM

July 7, 2021

Via ECF
Clerk of the Court
U.S. Court of Appeals for the Ninth Circuit

**RE: *John Parziale v. HP, Inc.*, Case No. 20-17009, Notice of Settlement In Principle**

To the Clerk of the Court:

Please be advised that Plaintiff/Appellant John Parziale and Defendant/Appellee HP, Inc. have just reached a settlement in principal in this matter and are finalizing documents which will dispose of this matter. The Parties respectfully request the Court vacate the hearing set for July 29, 2021 as consummation of the settlement will render it moot.

Best regards,

Todd M. Friedman
Attorney at Law

CC via ECF Counsel for Appellant HP, Inc.