UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

John Parziale

Plaintiff - Appellant,

v.

HP, Inc.

Defendant - Appellee.

9th Cir. No. 20-17009

STIPULATED MOTION TO VOLUNTARILY DISMISS APPEAL

Pursuant to Federal Rule of Appellate Procedure 42(b), all parties hereby move the Court for an order dismissing the above-captioned appeal with prejudice.

The parties have agreed that each side shall bear its own costs and fees on appeal.

Dated: August 2, 2021

/s/ Todd M. Friedman

Attorney for Appellant

/s/ Ilisa Samplin

Attorney for Appellee

**CERTIFICATE OF SERVICE**

I, Todd M. Friedman, certify that on August 2nd, 2021, the Stipulated Motion to Voluntarily Dismiss Appeal were e-filed through the CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF system sends an email notification of the filing to the parties and counsel of record listed above who are registered with the Court's EMC/ECF system. A copy of the e-filed documents were sent, via the EMC/ECF system:

GIBSON DUNN & CRUTCHER
Samuel Liversidge (SBN 180578)
E: sliversidge@gibsondunn.com
333 S. Grand Ave.
Los Angeles, CA 90071-3197
T: (213) 229-7000
F: (213) 229-7520

**LAW OFFICES OF TODD M. FRIEDMAN**

BY: /s/ Todd M. Friedman
Todd M. Friedman, Esq. (SBN 21675)
21550 Oxnard St., Ste 780
Woodland Hills, CA 91367
Phone: (877) 206-4741
Fax: (866) 633-0228
Email: tfriedman@toddflaw.com